**STATE of Missouri, Respondent,**

v.

**Randolph Ray SMITH, Appellant.**

**WD 79708**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 29, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied September 26, 2017

Application for Transfer Denied November 21, 2017

Nathan J. Aquino, Jefferson City, MO, for respondent.

Damien De Loyola, Kansas City, MO, for appellant.

Before Division One: James Edward Welsh, Presiding Judge, Lisa White Hardwick, Judge and Gary D. Witt, Judge

## ORDER

Per curiam:

Appellant Randolph Smith ("Smith") appeals his conviction of one count of armed criminal action following a jury trial in Jackson County, Missouri. Smith was convicted of one count of second-degree assault and one count of armed criminal action after he and a co-conspirator, Phillip Harris beat Jacob Gruenwald with a baseball bat. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).